```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 19-03433-RNO
Donna M Brennan                                                 Chapter 13
         Debtor                      CERTIFICATE OF NOTICE

District/off: 0314-5          User: PRadginsk            Page 1 of 1          Date Rcvd: Oct 09, 2019
                              Form ID: ntcnfhrg          Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2019.
db            +Donna M Brennan,    160 Old Route 940,    Pocono Lake, PA 18347-7770
5233368       +Brooke R. Waisbord, Esq.,    KML Law Group PC - Suite 5000,    701 Market Street,
                Philadelphia, PA 19106-1538
5233369       +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
5233370       +Chase Card Services,    Po Box 15369,    Wilmington, DE 19850-5369
5233371       +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
5233373        Credit Acceptance,    PO Box 513,    Southfield, MI 48037-0513
5233372       +Credit Acceptance,    PO Box 5070,    Southfield, MI 48086-5070
5241734       +JPMorgan Chase Bank, N.A.,     s/b/m/t Chase Bank USA, N.A.,
                c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
5233375       +PNC Bank,    Po Box 3180,    Pittsburgh, PA 15230-3180
5233374       +PNC Bank,    Attn: Bankruptcy Department,    Po Box 94982: Mailstop Br-Yb58-01-5,
                Cleveland, OH 44101-4982
5233376       +PNC Bank Mortgage Servicing,    Mailstop P5-PCLC-01-I,    2730 Liberty Avenue,
                Pittsburgh, PA 15222-4704
5233377       +PNC Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
5233378       +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 09 2019 19:36:20
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5233366        E-mail/Text: amscbankruptcy@adt.com Oct 09 2019 19:35:07     ADT Security Services,
                PO Box 650485,    Dallas, TX 75265-0485
5244312       +E-mail/Text: amscbankruptcy@adt.com Oct 09 2019 19:35:07     ADT Security Services Inc.,
                3190 South Vaughn Way,    Aurora, CO 80014-3512
5233367       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 09 2019 19:34:38
                Bill Me Later/PayPal Credit,    PO Box 5138,    Timonium, MD 21094-5138
5233443       +E-mail/PDF: gecsedi@recoverycorp.com Oct 09 2019 19:36:47     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5233379       +E-mail/PDF: gecsedi@recoverycorp.com Oct 09 2019 19:35:28     Synchrony Bank/ JC Penneys,
                Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
5233380       +E-mail/PDF: gecsedi@recoverycorp.com Oct 09 2019 19:36:47     Synchrony Bank/ JC Penneys,
                Po Box 965007,    Orlando, FL 32896-5007
5233381       +E-mail/PDF: gecsedi@recoverycorp.com Oct 09 2019 19:35:28     Synchrony Bank/Care Credit,
                Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
5233382       +E-mail/PDF: gecsedi@recoverycorp.com Oct 09 2019 19:35:28     Synchrony Bank/Care Credit,
                C/o Po Box 965036,    Orlando, FL 32896-0001
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor   PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              Kim M Diddio     on behalf of Debtor 1 Donna M Brennan kdiddio@diddiolaw.com,
               kdiddio@gmail.com;r52326@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Donna M Brennan,<br>aka Donna Maria Brennan, | Chapter 13 |
| **Debtor 1** | Case No. 5:19−bk−03433−RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **November 15, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court<br>Courtroom #2, Max Rosenn US<br>Courthouse, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: November 22, 2019<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PRadginsk, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 9, 2019 |

ntcnfhrg (03/18)