# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Donna M. Brennan aka Donna Maria Brennan<br>Debtor(s)<br><br>PNC BANK NATIONAL ASSOCIATION,<br>Movant<br>vs.<br><br>Donna M. Brennan aka Donna Maria Brennan<br>Debtor(s)<br><br>Charles J. DeHart, III Esq.<br>Trustee | CHAPTER 13<br><br><br><br><br>NO. 19-03433 RNO |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PNC BANK NATIONAL ASSOCIATION, which was filed with the Court on or about **November 18, 2019, docket number 18**.

Respectfully submitted,

By: **/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
Attorney for Movant/Applicant

January 20, 2020