**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   DONNA M BRENNAN
         AKA: DONNA MARIA BRENNAN


              Debtor(s)

                                 CHAPTER 13

         CHARLES J. DEHART, III
         CHAPTER 13 TRUSTEE
              Movant                   CASE NO: 5-19-03433-RNO

         vs.

         DONNA M BRENNAN
         AKA: DONNA MARIA BRENNAN

              Respondent(s)

**TRUSTEE'S MOTION TO DISMISS CASE**

COMES NOW, on March 5, 2020, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of conference, hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

                             Respectfully submitted,

                             s/   Charles J. DeHart, III
                             Charles J. DeHart, III, Trustee
                             8125 Adams Drive, Suite A
                             Hummelstown, PA  17036
                             Phone:  (717) 566-6097

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    DONNA M BRENNAN
          AKA: DONNA MARIA BRENNAN
                                CHAPTER 13

              Debtor(s)

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE          CASE NO: 5-19-03433-RNO
              Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a CONFERENCE before the Trustee and a HEARING with the Court have been scheduled on this motion.  Any matters not resolved at the Trustee's Conference shall be heard at the dismissal hearing to be held as stated below:

| **CONFERENCE before Trustee:** | **HEARING:** |
|---|---|
| April 1, 2020  at 9:00 am | April 1, 2020 at 09:30 AM |
| U.S. Bankruptcy Court | U.S. Bankruptcy Court |
| Max Rosenn U.S. Courthouse | Max Rosenn U.S. Courthouse |
| 197 S. Main Street | 197 S. Main Street |
| Wilkes Barre, PA | Wilkes Barre, PA |

YOU ARE FURTHER NOTICED that you MUST attend the conference or dismissal hearing unless one of the following takes place.

1.  You have paid the following and have confirmed payment with Trustee DeHart's office.

**AMOUNT DELINQUENT AS OF LAST MONTH:  $ 1500.00**
**AMOUNT DUE FOR THIS MONTH:  $750.00**
**TOTAL AMOUNT DUE <u>BEFORE</u> CONFERENCE/HEARING DATE: $2250.00**

**NOTE:**
        **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

        **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**

        If **submitting payment by U.S. First Class Mail** mail to**:**
            **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA  17604**

        If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to

be applied.

2.    You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.    You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  March 5, 2020

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   DONNA M BRENNAN
           AKA: DONNA MARIA BRENNAN

                                         CHAPTER 13

           Debtor(s)

           CHARLES J. DEHART, III                CASE NO: 5-19-03433-RNO
           CHAPTER 13 TRUSTEE
                 Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 5, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

KIM M DIDDIO ESQUIRE                      Served electronically
17 N 6TH STREET
STROUDSBURG, PA  18360-


United States Trustee
228 Walnut Street                              Served electronically
Suite 1190
Harrisburg, PA  17101




DONNA M BRENNAN
160 OLD ROUTE 940
POCONO LAKE, PA  18347                   Served by 1st Class Mail




I certify under penalty of perjury that the foregoing is true and correct.

Date:  March 5, 2020                     Liz Joyce
                                     for Charles J. DeHart, III, Trustee
                                     Suite A, 8125 Adams Dr.
                                     Hummelstown, PA  17036
                                     Phone:  (717) 566-6097
                                     eMail: dehartstaff@pamd13trustee.com

IN RE:   DONNA M BRENNAN
         AKA: DONNA MARIA BRENNAN

                                            CHAPTER 13

                 Debtor(s)

         CHARLES J. DEHART, III
         CHAPTER 13 TRUSTEE
                 Movant                     CASE NO: 5-19-03433-RNO

         vs.

         DONNA M BRENNAN                     MOTION TO DISMISS
         AKA: DONNA MARIA BRENNAN


## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-caption bankruptcy be and hereby is dismissed.