UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: DONNA M BRENNAN | CASE NO: 5:19-BK-03433 |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 3/31/2020, I did cause a copy of the following documents, described below,

Notice of Motion

Motion to Modify Chapter 13 Plan

1st Amended Plan

Proposed Order

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/31/2020

/s/ Kim M Diddio
Kim M Diddio  86708
Kim Diddio Attorney at Law
17 N 6th Street
Stroudsburg, PA  18360
570 977 3652

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DONNA M BRENNAN

CASE NO: 5:19-BK-03433

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13

On 3/31/2020, a copy of the following documents, described below,

Notice of Motion

Motion to Modify Chapter 13 Plan

1st Amended Plan

Proposed Order

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/31/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kim M Diddio
Kim Diddio Attorney at Law
17 N 6th Street
Stroudsburg, PA  18360

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | ADT SECURITY SERVICES | ADT SECURITY SERVICES INC |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING 03145<br>CASE 5-19-BK-03433-RNO<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>WILKES-BARRE<br>TUE MAR 31 13-49-58 EDT 2020 | PO BOX 650485<br>DALLAS TX 75265-0485 | 3190 SOUTH VAUGHN WAY<br>AURORA CO 80014-3512 |
| BILL ME LATERPAYPAL CREDIT<br>PO BOX 5138<br>TIMONIUM MD 21094-5138 | ~~EXCLUDE~~<br>~~DONNA M BRENNAN~~<br>~~160 OLD ROUTE 940~~<br>~~POCONO LAKE PA 18347-7770~~ | BROOKE R WAISBORD ESQ<br>KML LAW GROUP PC  SUITE 5000<br>701 MARKET STREET<br>PHILADELPHIA PA 19106-1538 |
| JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | WILLIAM E CRAIG<br>MORTON  CRAIG LLC<br>110 MARTER AVENUE SUITE 301<br>MOORESTOWN NJ 08057-3125 | CREDIT ACCEPTANCE<br>25505 WEST 12 MILE RD<br>SUITE 3000<br>SOUTHFIELD MI 48034-8331 |
| CREDIT ACCEPTANCE<br>PO BOX 5070<br>SOUTHFIELD MI 48086-5070 | CREDIT ACCEPTANCE<br>PO BOX 513<br>SOUTHFIELD MI 48037-0513 | CREDIT ACCEPTANCE CORPORATION<br>25505 WEST 12 MILE ROAD<br>SOUTHFIELD MI 48034-8316 |
| ~~EXCLUDE~~<br>~~CHARLES J DEHART III TRUSTEE~~<br>~~8125 ADAMS DRIVE SUITE A~~<br>~~HUMMELSTOWN PA 17036-8625~~ | ~~EXCLUDE~~<br>~~KIM M DIDDIO~~<br>~~17 N 6TH STREET~~<br>~~STROUDSBURG PA 18360-2177~~ | JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA NA<br>CO NATIONAL BANKRUPTCY SERVICES LLC<br>PO BOX 9013<br>ADDISON TEXAS 75001-9013 |
| PNC BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 94982- MAILSTOP BR-YB58-01-5<br>CLEVELAND OH 44101-4982 | PNC BANK<br>PO BOX 3180<br>PITTSBURGH PA 15230-3180 | PNC BANK MORTGAGE SERVICING<br>MAILSTOP P5PCLC01I<br>2730 LIBERTY AVENUE<br>PITTSBURGH PA 15222-4704 |
| PNC BANK NATIONAL ASSOCIATION<br>ATTN BANKRUPTCY<br>PO BOX 94982<br>CLEVELAND OH 44101-4982 | PNC MORTGAGE<br>ATTN BANKRUPTCY<br>3232 NEWMARK DRIVE<br>MIAMISBURG OH 45342-5433 | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 |
| PNC MORTGAGE<br>PO BOX 8703<br>DAYTON OH 45401-8703 | SYNCHRONY BANK<br>CO PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | SYNCHRONY BANK JC PENNEYS<br>ATTN BANKRUPTCY<br>PO BOX 956060<br>ORLANDO FL 32896-0001 |
| SYNCHRONY BANK JC PENNEYS<br>PO BOX 965007<br>ORLANDO FL 32896-5007 | SYNCHRONY BANKCARE CREDIT<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCHRONY BANKCARE CREDIT<br>CO PO BOX 965036<br>ORLANDO FL 32896-0001 |

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

UNITED STATES TRUSTEE                   JAMES WARMBRODT
228 WALNUT STREET SUITE 1190            701 MARKET STREET SUITE 5000
HARRISBURG PA 17101-1722                PHILADEPHIA PA 19106-1541
```