UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DONNA M BRENNAN | CASE NO: 5:19-BK-03433 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 4/3/2020, I did cause a copy of the following documents, described below,

Notice of Motion

Motion to Modify Confirmed Chapter 13 Plan

Exhibit- Amended Chapter 13 Plan

Proposed Order

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/3/2020

/s/ Kim M Diddio
Kim M Diddio  86708
Kim Diddio Attorney at Law
17 N 6th Street
Stroudsburg, PA  18360
570 977 3652

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DONNA M BRENNAN

CASE NO: 5:19-BK-03433

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 4/3/2020, a copy of the following documents, described below,

Notice of Motion

Motion to Modify Confirmed Chapter 13 Plan

Exhibit- Amended Chapter 13 Plan

Proposed Order

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/3/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kim M Diddio
Kim Diddio Attorney at Law
17 N 6th Street
Stroudsburg, PA  18360

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
03145
CASE 5-19-BK-03433-RNO
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE
FRI APR 3 14-30-52 EDT 2020

ADT SECURITY SERVICES
PO BOX 650485
DALLAS TX 75265-0485

ADT SECURITY SERVICES INC
3190 SOUTH VAUGHN WAY
AURORA CO 80014-3512

BILL ME LATERPAYPAL CREDIT
PO BOX 5138
TIMONIUM MD 21094-5138

~~EXCLUDE~~
~~DONNA M BRENNAN~~
~~160 OLD ROUTE 940~~
~~POCONO LAKE PA 18347-7770~~

BROOKE R WAISBORD ESQ
KML LAW GROUP PC  SUITE 5000
701 MARKET STREET
PHILADELPHIA PA 19106-1538

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

WILLIAM E CRAIG
MORTON  CRAIG LLC
110 MARTER AVENUE SUITE 301
MOORESTOWN NJ 08057-3125

CREDIT ACCEPTANCE
25505 WEST 12 MILE RD
SUITE 3000
SOUTHFIELD MI 48034-8331

CREDIT ACCEPTANCE
PO BOX 5070
SOUTHFIELD MI 48086-5070

CREDIT ACCEPTANCE
PO BOX 513
SOUTHFIELD MI 48037-0513

CREDIT ACCEPTANCE CORPORATION
25505 WEST 12 MILE ROAD
SOUTHFIELD MI 48034-8316

~~EXCLUDE~~
~~CHARLES J DEHART III TRUSTEE~~
~~8125 ADAMS DRIVE SUITE A~~
~~HUMMELSTOWN PA 17036-8625~~

~~EXCLUDE~~
~~KIM M DIDDIO~~
~~17 N 6TH STREET~~
~~STROUDSBURG PA 18360-2177~~

JPMORGAN CHASE BANK NA
SBMT CHASE BANK USA NA
CO NATIONAL BANKRUPTCY SERVICES LLC
PO BOX 9013
ADDISON TX 75001-9013

PNC BANK
ATTN BANKRUPTCY DEPARTMENT
PO BOX 94982- MAILSTOP BR-YB58-01-5
CLEVELAND OH 44101-4982

PNC BANK
PO BOX 3180
PITTSBURGH PA 15230-3180

PNC BANK MORTGAGE SERVICING
MAILSTOP P5PCLC01I
2730 LIBERTY AVENUE
PITTSBURGH PA 15222-4704

PNC BANK NATIONAL ASSOCIATION
ATTN BANKRUPTCY
PO BOX 94982
CLEVELAND OH 44101-4982

PNC MORTGAGE
ATTN BANKRUPTCY
3232 NEWMARK DRIVE
MIAMISBURG OH 45342-5433

PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

PNC MORTGAGE
PO BOX 8703
DAYTON OH 45401-8703

SYNCHRONY BANK
CO PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

SYNCHRONY BANK JC PENNEYS
ATTN BANKRUPTCY
PO BOX 956060
ORLANDO FL 32896-0001

SYNCHRONY BANK JC PENNEYS
PO BOX 965007
ORLANDO FL 32896-5007

SYNCHRONY BANKCARE CREDIT
ATTN BANKRUPTCY DEPT
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONY BANKCARE CREDIT
CO PO BOX 965036
ORLANDO FL 32896-0001

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
UNITED STATES TRUSTEE                  JAMES WARMBRODT
228 WALNUT STREET SUITE 1190           701 MARKET STREET SUITE 5000
HARRISBURG PA 17101-1722               PHILADEPHIA PA 19106-1541
```