United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                  Case No. 19-03433-RNO

Donna M Brennan                                                                Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                 User: AutoDocke                                         Page 1 of 2

Date Rcvd: Feb 23, 2021                          Form ID: pdf010                                   Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                     regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2021:**

**Recip ID**                        **Recipient Name and Address**
   +    John Brennan, 160 Old Route 940, Pocono Lake, PA 18347-7770

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Kim M Diddio | on behalf of Debtor 1 Donna M Brennan kdiddio@diddiolaw.com  kdiddio@gmail.com;r52326@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Donna M. Brennan aka Donna Maria Brennan<br>Debtor | CHAPTER 13 |
| PNC BANK NATIONAL  ASSOCIATION<br>Movant<br>vs. | NO. 19-03433 RNO |
| Donna M. Brennan aka Donna Maria Brennan<br>Debtor | |
| | 11 U.S.C. Sections 362 & 1301 |
| John Brennan<br>Charles J. DeHart, III Esq.<br>Trustee | |

## ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated:   February 23, 2021

By the Court,

Robert N. Opel, II, Bankruptcy Judge   (DG)