UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: DONNA M BRENNAN | CASE NO: 5:19-BK-03433 |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 3/1/2021, I did cause a copy of the following documents, described below,

Notice of Motion

Motion to Modify Confirmed Plan

Second Amended Chapter 13 Plan

Proposed Order

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/1/2021

/s/ Kim M. Diddio, Esq
Kim M. Diddio, Esq  86708
Kim Diddio Attorney at Law
17 North 6th Street
Stroudsburg, PA  18360
570 801 1336

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DONNA M BRENNAN

CASE NO: 5:19-BK-03433

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 3/1/2021, a copy of the following documents, described below,

Notice of Motion

Motion to Modify Confirmed Plan

Second Amended Chapter 13 Plan

Proposed Order

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/1/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kim M. Diddio, Esq
Kim Diddio Attorney at Law
17 North 6th Street
Stroudsburg, PA 18360

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>03145<br>CASE 5-19-BK-03433-RNO<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>WILKES-BARRE<br>MON MAR 1 15-11-50 EST 2021 | ADT SECURITY SERVICES<br>PO BOX 650485<br>DALLAS TX 75265-0485 | ADT SECURITY SERVICES INC<br>3190 SOUTH VAUGHN WAY<br>AURORA CO 80014-3512 |
| BILL ME LATERPAYPAL CREDIT<br>PO BOX 5138<br>TIMONIUM MD 21094-5138 | CM/ECF E-SERVICE<br>(+) DONNA M BRENNAN<br>160 OLD ROUTE 940<br>POCONO LAKE PA 18347-7770 | BROOKE R WAISBORD ESQ<br>KML LAW GROUP PC  SUITE 5000<br>701 MARKET STREET<br>PHILADELPHIA PA 19106-1538 |
| JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | WILLIAM E CRAIG<br>MORTON  CRAIG LLC<br>110 MARTER AVENUE SUITE 301<br>MOORESTOWN NJ 08057-3125 | CM/ECF E-SERVICE<br>(+) CREDIT ACCEPTANCE<br>25505 WEST 12 MILE RD<br>SUITE 3000<br>SOUTHFIELD MI 48034-8331 |
| CM/ECF E-SERVICE<br>(+) CREDIT ACCEPTANCE<br>PO BOX 5070<br>SOUTHFIELD MI 48086-5070 | CM/ECF E-SERVICE<br>(+) CREDIT ACCEPTANCE<br>PO BOX 513<br>SOUTHFIELD MI 48037-0513 | CM/ECF E-SERVICE<br>(+) CREDIT ACCEPTANCE CORPORATION<br>25505 WEST 12 MILE ROAD<br>SOUTHFIELD MI 48034-8316 |
| ~~EXCLUDE~~<br>~~CHARLES J DEHART III TRUSTEE~~<br>~~8125 ADAMS DRIVE SUITE A~~<br>~~HUMMELSTOWN PA 17036-8625~~ | ~~EXCLUDE~~<br>~~KIM M DIDDIO~~<br>~~17 N 6TH STREET~~<br>~~STROUDSBURG PA 18360-2177~~ | JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA NA<br>CO NATIONAL BANKRUPTCY SERVICES LLC<br>PO BOX 9013<br>ADDISON TEXAS 75001-9013 |
| PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | PNC BANK MORTGAGE SERVICING<br>MAILSTOP P5PCLC01I<br>2730 LIBERTY AVENUE<br>PITTSBURGH PA 15222-4704 | CM/ECF E-SERVICE<br>(+) PNC BANK NATIONAL ASSOCIATION<br>ATTN BANKRUPTCY<br>PO BOX 94982<br>CLEVELAND OH 44101-4982 |
| PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG PA 17128-0946 | REBECCA ANN SOLARZ<br>KML LAW GROUP PC<br>701 MARKET ST<br>SUITE 5000<br>PHILADELPHIA PA 19106-1541 |
| SYNCHRONY BANK<br>CO PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | SYNCHRONY BANK JC PENNEYS<br>ATTN BANKRUPTCY<br>PO BOX 956060<br>ORLANDO FL 32896-0001 | SYNCHRONY BANK JC PENNEYS<br>PO BOX 965007<br>ORLANDO FL 32896-5007 |
| SYNCHRONY BANKCARE CREDIT<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCHRONY BANKCARE CREDIT<br>CO PO BOX 965036<br>ORLANDO FL 32896-0001 | CM/ECF E-SERVICE<br>(+) UNITED STATES TRUSTEE<br>228 WALNUT STREET SUITE 1190<br>HARRISBURG PA 17101-1722 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CM/ECF E-SERVICE

(+) JAMES WARMBRODT
701 MARKET STREET SUITE 5000
PHILADEPHIA PA 19106-1541

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

| | | |
|---|---|---|
| United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101<br>(Asst. U.S. Trustee)<br><br>ustpregion03.ha.ecf@usdoj.gov | (Creditor)<br>PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541<br><br>claims@recoverycorp.com | James Warmbrodt<br>701 Market Street Suite 5000<br>Philadephia, PA 19106<br><br>jwarmbrodt@kmllawgroup.com |
| (Creditor)<br>PNC BANK NATIONAL ASSOCIATION<br>represented by:<br>Rebecca Ann Solarz<br>KML Law Group, P.C.<br>701 Market St.<br>Suite 5000<br>Philadelphia, PA 19106<br><br>bkgroup@kmllawgroup.com | (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036<br><br>dehartstaff@pamd13trustee.com | (Creditor)<br>Credit Acceptance Corporation<br>25505 West 12 Mile Road<br>Southfield, MI 48034<br>represented by:<br>William E. Craig<br>Morton & Craig LLC<br>110 Marter Avenue, Suite 301<br>Moorestown, NJ 08057<br><br>ecfmail@mortoncraig.com |

Donna M Brennan
160 Old Route 940
Pocono Lake, PA 18347
(Debtor 1)
represented by:
Kim M Diddio
17 N. 6th Street
Stroudsburg, PA 18360

kdiddio@diddiolaw.com