Fill in this information to identify the case:

Debtor 1  Donna M. Brennan

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number  19-03433 MJC

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:**  PNC BANK NATIONAL ASSOCIATION

**Court claim no. (if known):**  5

**Last 4 digits** of any number you use to identify the debtor's account:  7744

**Property address:**
160 Old Route 940
Pocono Lake, PA 18347

## Part 2: Prepetition Default Payments

Check one:

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:

[X] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due:  (a)  $ 2,151.86
b. Total fees, charges, expenses, escrow, and costs outstanding:  + (b)  $ 0.00
c. **Total.** Add lines a and b.  (c)  $ 2,151.86

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:  11 / 03 / 2024

| Debtor(s) | Donna M. Brennan | | | Case Number (if known): 19-03433 MJC |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X /s/ *Brent J. Lemon*　　　　　　　　　　　　　Date　12/17/2024
Brent Lemon
17 Dec 2024, 15:51:27, EST

　　　　KML Law Group, P.C.
　　　　701 Market Street, Suite 5000
　　　　Philadelphia, PA 16106
　　　　215-627-1322
　　　　bkgroup@kmllawgroup.com
　　　　Attorney for Creditor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Donna M. Brennan aka Donna Maria Brennan**<br>         **Debtor(s)**<br><br>**PNC BANK NATIONAL ASSOCIATION**<br>         **Movant**<br>   vs.<br><br>**Donna M. Brennan aka Donna Maria Brennan**<br>         **Debtor(s)**<br><br>**Jack N. Zaharopoulos**,<br>         **Trustee** | **BK NO. 19-03433 MJC**<br><br>**Chapter 13**<br><br>**Related to Claim No. 5** |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Brent J. Lemon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>December 17, 2024</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Donna M. Brennan aka Donna Maria Brennan
160 Old Route 940
Pocono Lake, PA 18347

<u>Attorney for Debtor(s) (via ECF)</u>
Kim M. Diddio, Esq.
17 North 6th Street
Stroudsburg, PA 18360

<u>Trustee (via ECF)</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail

Dated: <u>December 17, 2024</u>

                **/s/ Brent J. Lemon**
                Brent J. Lemon
                Attorney I.D. 86478
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA 19106
                (412) 475-8764
                blemon@kmllawgroup.com

## Account History:

| Borrower: | BRENNAN,DONNA | Mail Addr 1: | | Commitment: | $0 00 | Prin Bal: | $100,280 21 |
|---|---|---|---|---|---|---|---|
| Co-Borrower Name: | | Mail Addr 2: | | Available Line Remaining: | $0 00 | Last Pmt Appd On: | 11/20/2024 |
| Loan Purpose: | Refinance Equity Takeout | Mail Street: | 160 OLD ROUTE 940 | Rate: | Fixed | Num Of Segments: | 1 |
| Investor #: | | Mail City: | POCONO LAKE | Period: | Closed Control | Account Type: | Consumer Loan |
| Total Pmt Amt: | $1,075 93 | Mail State: | PA | Investor Type: | Other | PLS Client ID: | |
| Bill Date: | 01/06/2025 | Mail Zip Code: | 18347-7770 | Mail Carrier Route: | | Due Date: | 11/03/2024 |

### Request Criteria: Type = All, Date Range = From 12/10/2023 To 12/10/2024

Row Count = 64

| Transaction Description | Applied Dt | Due Date | Payment | Principal Applied | Interest Applied | Escrow Applied | Esc Bal | Adv Bal | Suspense Applied | Corp Adv Applied | L/C Amt Applied | Fee Amt Applied | Fee Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Funds Application | 11/20/2024 | 10/03/2024 | | $433 74 | $642 19 | | | | | | | | |
| Funds Application | 11/20/2024 | 10/03/2024 | | | | | | | -$1,075 93 | | | | |
| Modified Payment | 11/19/2024 | 10/03/2024 | $1,075 93 | | | | | | $1,075 93 | | | | |
| Funds Application | 09/17/2024 | 09/03/2024 | | $407 32 | $668 61 | | | | | | | | |
| Funds Application | 09/17/2024 | 09/03/2024 | | | | | | | -$1,075 93 | | | | |
| Modified Payment | 09/16/2024 | 09/03/2024 | $1,075 93 | | | | | | $1,075 93 | | | | |
| Modified Payment | 08/14/2024 | 08/03/2024 | | $465 92 | $610 01 | | | | | | | | |
| Modified Payment | 08/14/2024 | 08/03/2024 | $1,075 93 | | | | | | | | | | |
| Funds Application | 08/07/2024 | 07/03/2024 | | $419 97 | $655 96 | | | | | | | | |
| Funds Application | 08/07/2024 | 07/03/2024 | | | | | | | -$1,075 93 | | | | |
| Funds Application | 08/06/2024 | 06/03/2024 | | $417 49 | $658 44 | | | | | | | | |
| Funds Application | 08/06/2024 | 06/03/2024 | | | | | | | -$1,075 93 | | | | |
| Funds Application | 08/06/2024 | 06/03/2024 | | | | | | | -$645 54 | | $645 54 | | |
| Misapplication Reversal | 08/05/2024 | 06/03/2024 | | | | | | | | | | | |
| Misapplication Reversal | 08/05/2024 | 06/03/2024 | | -$417 49 | -$638 79 | | | | $1,056 28 | | | | |
| Misapplication Reversal | 08/05/2024 | 07/03/2024 | | | | | | | $645 54 | | -$645 54 | | |
| Modified Payment | 07/15/2024 | 07/03/2024 | $1,075 93 | | | | | | $1,075 93 | | | | |
| Funds Application | 07/08/2024 | 07/03/2024 | | | | | | | -$645 54 | | $645 54 | | |
| Funds Application | 07/08/2024 | 06/03/2024 | | $417 49 | $638 79 | | | | | | | | |
| Funds Application | 07/08/2024 | 06/03/2024 | | | | | | | -$1,056 28 | | | | |
| Funds Application | 06/26/2024 | 05/03/2024 | | $435 13 | $640 80 | | | | | | | | |
| Funds Application | 06/26/2024 | 05/03/2024 | | | | | | | -$1,075 93 | | | | |
| Funds Application | 06/25/2024 | 05/03/2024 | $716 13 | | | | | | $716 13 | | | | |
| Funds Application | 06/25/2024 | 05/03/2024 | $116 44 | | | | | | $116 44 | | | | |
| Funds Application | 06/14/2024 | 04/03/2024 | | $451 65 | $624 28 | | | | | | | | |
| Funds Application | 06/14/2024 | 04/03/2024 | | | | | | | -$1,075 93 | | | | |
| Modified Payment | 06/13/2024 | 04/03/2024 | $1,075 93 | | | | | | $1,075 93 | | | | |
| Funds Application | 05/15/2024 | 03/03/2024 | | $383 29 | $692 64 | | | | | | | | |
| Funds Application | 05/15/2024 | 03/03/2024 | | | | | | | -$1,075 93 | | | | |
| Modified Payment | 05/14/2024 | 03/03/2024 | $1,075 93 | | | | | | $1,075 93 | | | | |
| Funds Application | 04/23/2024 | 03/03/2024 | $791 33 | | | | | | $791 33 | | | | |
| Funds Application | 04/23/2024 | 03/03/2024 | $128 67 | | | | | | $128 67 | | | | |
| Funds Application | 04/16/2024 | 02/03/2024 | | $421 00 | $654 93 | | | | | | | | |
| Funds Application | 04/16/2024 | 02/03/2024 | | | | | | | -$1,075 93 | | | | |
| Modified Payment | 04/15/2024 | 02/03/2024 | $1,075 93 | | | | | | $1,075 93 | | | | |
| Statutory Exp Corp Adv | 03/26/2024 | | | | | | | | | $0 64 | | | |
| Statutory Exp Corp Adv | 03/26/2024 | | | | | | | | | $0 64 | | | |
| Statutory Exp Corp Adv | 03/26/2024 | | | | | | | | | $7 00 | | | |
| Funds Application | 03/21/2024 | 01/03/2024 | | $417 65 | $658 28 | | | | | | | | |
| Funds Application | 03/21/2024 | 01/03/2024 | | | | | | | -$1,075 93 | | | | |
| Funds Application | 03/20/2024 | 01/03/2024 | $573 71 | | | | | | $573 71 | | | | |
| Funds Application | 03/20/2024 | 01/03/2024 | $93 29 | | | | | | $93 29 | | | | |
| Funds Application | 03/14/2024 | 12/03/2023 | | $391 88 | $684 05 | | | | | | | | |
| Funds Application | 03/14/2024 | 12/03/2023 | | | | | | | -$1,075 93 | | | | |
| Modified Payment | 03/13/2024 | 12/03/2023 | $1,075 93 | | | | | | $1,075 93 | | | | |
| Funds Application | 02/21/2024 | 11/03/2023 | | $409 35 | $666 58 | | | | | | | | |
| Funds Application | 02/21/2024 | 11/03/2023 | | | | | | | -$1,075 93 | | | | |
| Funds Application | 02/20/2024 | 11/03/2023 | $1,147 43 | | | | | | $1,147 43 | | | | |
| Funds Application | 02/20/2024 | 11/03/2023 | $186 57 | | | | | | $186 57 | | | | |
| Funds Application | 02/15/2024 | 10/03/2023 | | $340 50 | $735 43 | | | | | | | | |
| Funds Application | 02/15/2024 | 10/03/2023 | | | | | | | -$1,075 93 | | | | |
| Modified Payment | 02/14/2024 | 10/03/2023 | $1,075 93 | | | | | | $1,075 93 | | | | |

| Type | Date | Date 2 | Col A | Col B | Col C | Col D | Col E | Col F | Col G | Col H | Col I |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Funds Application | 01/22/2024 | 10/03/2023 | $573 71 | | | | | $573 71 | | | |
| Funds Application | 01/22/2024 | 10/03/2023 | $93 29 | | | | | $93 29 | | | |
| Funds Application | 01/17/2024 | 09/03/2023 | | $425 12 | $650 81 | | | | | | |
| Funds Application | 01/17/2024 | 09/03/2023 | | | | | | -$1,075 93 | | | |
| Modified Payment | 01/16/2024 | 09/03/2023 | $1,075 93 | | | | | $1,075 93 | | | |
| Funds Application | 12/27/2023 | 08/03/2023 | | $398 30 | $677 63 | | | | | | |
| Funds Application | 12/27/2023 | 08/03/2023 | | | | | | -$1,075 93 | | | |
| Funds Application | 12/26/2023 | 08/03/2023 | $573 71 | | | | | $573 71 | | | |
| Funds Application | 12/26/2023 | 08/03/2023 | $93 29 | | | | | $93 29 | | | |
| Funds Application | 12/15/2023 | 07/03/2023 | | $348 74 | $727 19 | | | | | | |
| Funds Application | 12/15/2023 | 07/03/2023 | | | | | | -$1,075 93 | | | |
| Modified Payment | 12/14/2023 | 07/03/2023 | $1,075 93 | | | | | $1,075 93 | | | |