Certificate Number: 17572-PAM-DE-039260647

Bankruptcy Case Number: 19-03433



17572-PAM-DE-039260647

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>January 21, 2025</u>, at <u>7:21</u> o'clock <u>AM PST</u>, <u>Donna M Brennan</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>January 21, 2025</u>　　　　By:　<u>/s/Leigh-Anna M Thompson</u>

　　　　　　　　　　　　　　　　　Name: <u>Leigh-Anna M Thompson</u>

　　　　　　　　　　　　　　　　　Title: <u>Counselor</u>