UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Donna M. Brennan | : | |
|     Debtor/Movant | : | |
| v. | : | |
| PNC Bank National Association | : | CASE NO. 5:19-BK-03433(MJC) |
|     Respondent. | : | |
| | : | |
| Jack N. Zaharopoulos, Trustee | : | |
|     Additional Respondent | : | |

### CERTIFICATE OF SERVICE

I, Kim M. Diddio, Esq., do hereby certify that I served Debtor's Motion to Determine Final Cure and Mortgage Payment upon the following via ECF on January 23, 2025:

Denise E. Carlon on behalf of Creditor PNC BANK NATIONAL ASSOCIATION
bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Brent J Lemon on behalf of Creditor PNC BANK NATIONAL ASSOCIATION
blemon@kmllawgroup.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

James Warmbrodt on behalf of Creditor PNC BANK NATIONAL ASSOCIATION
bkgroup@kmllawgroup.com

Jack N Zaharopoulos
TWecf@pamd13trustee.com

    Respectfully submitted,

    */s/ Kim M. Diddio*
    Kim M. Diddio, Esquire
    Counsel for the Debtor
    17 North 6th Street
    Stroudsburg, PA 18360
    (570)801-1336; fax (570)421-8757
    kdiddio@diddiolaw.com