# LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:**<br>Donna M. Brennan<br><br>Debtor(s) | **CHAPTER**<br>**CASE NO.**<br>**ADV. NO.**<br>**NATURE OF PROCEEDING:** | 13<br>5:19-BK-03433<br>- -ap-<br>Motion to Determine Final Cure and Mortgage Payment Rule 3002.1 |
| Donna M. Brennan<br><br>Plaintiff(s)/Movants<br>vs.<br>PNC Bank National Association<br><br>Defendant(s)/Respondent(s) | **DOCUMENT No.** | 75 |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☒ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☐ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
 ☐ Thirty (30) days.
 ☐ Forty-five (45) days.
 ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: April 7, 2025

Kim M. Diddio
Attorney for: Debtor

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.